# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　: No. 252 EAL 2023
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Respondent　　　　　　:
　　　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　: from the Order of the Superior Court
　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
ANTHONY LEWIS,　　　　　　　　　: 
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Petitioner　　　　　　:

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

1. Was the evidence sufficient to establish a high crime area, which, in addition to Petitioner's flight upon observing the arrival of police officers, provided the basis for the Superior Court's determination that the police possessed reasonable suspicion for a seizure that occurred when the police pursued Petitioner?

2. Did the Superior Court err in concluding that Petitioner's abandonment of the bag from which a firearm was recovered was not coerced by illegal police action, thereby requiring suppression of the firearm?